Francisco León
**LAW OFFICE OF FRANCISCO LEÓN**
8987 E. Tanque Verde Rd.
Suite 309, PMB 432
Tucson, Arizona 85749-9610
Az. Bar: 006578
TEL 520-305-9170
TEL 520-465-3000
FAX 520-395-9495
azcrimlaw@gmail.com
Attorney for Osorio-Arellanes

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) <br> ) <br> ) 4:11-cr-00150-DCB-BPV <br> ) <br> ) **HERACLIO OSORIO-** <br> ) **ARELLANES' MEMORANDUM** <br> ) **REGARDING JURY VOIR DIRE** <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | |
| vs. | |
| **HERACLIO OSORIO-ARELLANES,** | |
| Defendant. | |

During the pretrial conference on February 4, 2019, in response to Osorio-Arellanes' objection to conducting jury voir dire outside his presence, the Court suggested a procedure of clearing the courtroom and conducting individual voir dire of any panel member who indicated some knowledge or opinion regarding "Operation Fast and Furious" or Brian Terry.

Osorio-Arellanes cites the following authorities regarding his objection. "The right of presence derives from the Confrontation Clause of the Sixth Amendment and the Due Process Clauses of the Fifth and Fourteenth Amendments." Id. **United States v. Reyes**, 764 F.3d 1184, 1188 (9th Cir. 2014). Fed.R.Crim.P. 43 provides an even broader right to be present during trial proceedings. In **United States v. Reyes**, *supra*, the Court noted that under **United States v. Rosales–Rodriguez**, 289 F.3d 1106, 1109 (9th Cir.2002) (stating that, in addition to the constitutional right to be present, "[t]he defendant also has a broader statutory right to be present 'at every stage of the trial including the impaneling of the jury and the return of the verdict' " (*quoting* Fed.R.Crim.P. 43)); **United States v. Sherman**, 821 F.2d 1337, 1339 (9th Cir.1987) ("The right to be present at every stage of the trial set forth in Rule 43 is more far-reaching than the right of a defendant to attend his trial as guaranteed by the Constitution.").

After discussion with the prosecution, defendant submits that the procedure suggested by the Court to conduct individual voir dire for those panel members who express an opinion or knowledge in response to the Court's voir dire regarding Operation Fast and Furious and/or Brian Terry, will be adequate to meet the requirements of Rule 43, the Sixth Amendment and the Due Process Clause of the Fifth Amendment.

Regarding panel members who wish to address other concerns in a confidential side bar, the defense agrees that the procedure suggested by the court of having a real-time translation to the defendant of the side bar conference while the defendant remains at the defense table will also be adequate to meet his objections.

SUBMITTED on this 4th day of February 2019.

**FRANCISCO LEÓN**
*s/Francisco León*
Francisco León

**CERTIFICATE OF SERVICE**

_X___  I hereby certify that on February 4, 2019, I electronically transmitted the attached document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

United States District Court Senior Judge
David C. Bury

David D. Leshner
Todd W. Robinson
Fred A. Sheppard
Special Assistant United States Attorneys

_X___  I hereby certify that on February 4, 2019, I served the attached document by U.S. Mail on the following, who is not a registered participant in the ECF system:

Heraclio Osorio-Arellanes
Reg. No. 99093-408

s/Francisco León