**DISTRICT JUDGE'S MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| **U.S. District Judge:** David C. Bury | **Date:** February 4, 2019 |
| **USA v. Heraclio Osorio-Arellanes** | **Case Number: CR-11-00150-004-TUC-DCB (BPV)** |

**Assistant U.S. Attorney:  Todd Wallace Robinson and David Leshner**
**Attorney for Defendant:  Francisco Leon**, CJA
**Interpreter:** Lucinda Bush and Carlos Arvizu      **Language:** Spanish
**Defendant:**  ☒ **Present**  ☐ **Not Present**  ☐ **Released**  ☒ **Custody**  ☐ **Summons**  ☐ **Writ**
            **Restraint Level 5**

### FINAL PRETRIAL CONFERENCE

Discussed Voir Dire procedures. Court shall read the Statement of Case to the prospective jurors rather than the Indictment. The case caption shall read United States of America v. Heraclio Osorio-Arellanes. Discussed Voir Dire questions and any special handling as reference to Operation Fast and Furious as discussed on the record.

Discussed trial schedule. The jury trial is scheduled for 2 weeks. Begin trial at 9:30 a.m. take a mid-morning and mid- afternoon break, with an hour and fifteen minute lunch break, recess at 4:30 p.m.. Government anticipates resting its case-in-chief on Monday.

At the request of defense counsel, the Court directs the United States Marshal Service to transport and house the defendant in a facility in Tucson, Arizona for the duration of this trial and requests that facility personnel where housed allow counsel to confer with his client at reasonable times upon request.

Discussed restraint level during trial. Mr. Leon requests no restraints. The Court will meet with the United States Marshal Service to discuss security concerns and address issues. Mr. Leon will notify the court prior to trial regarding waiving his client's presence at sidebar conferences.

Oral argument heard. Plaintiff's Motion in Limine Omnibus (Doc. #774) is granted.
It is ordered as follows: 1.) The Court will allow expert testimony; 2.) The Court will allow the government to show the two statements from the defendant and his statement that was taken by the government pertaining to his participation in prior transportation and robberies in this area; 3.)  The Court will allow two photographs of victim Brian Terry; 4.) The Court will allow the present sense impression statements; 5.) The Court will allow statements of agent Brian Terry pertaining to his wound and his having been shot; 6.) Ruling is deferred. The Court will ask the jurors during voir dire about weapons. If the court allows firearms into evidence, then counsel may use them in opening statement for demonstrative purposes; 7.) There was no objection by counsel, therefore, the Court will allow government to recall certain witnesses; 8.) The Court will allow defendant's statement offered

**USA v.** Heraclio Osorio-Arellanes        **Date:** February 4, 2019

**Case Number:** CR-11-00150-004-TUC-DCB (BPV)        Page 2 of 2

by the government; 9.) The Court grants the motion to prevent defendant from eliciting self-serving hearsay testimony with the limitation to allow defendant to challenge the context of the statements, and such challenges to be ruled on during testimony; 10.) There is no issue of duress therefore it is granted to exclude evidence of duress; 11.) Defense counsel will notify government by the end of the day of any reciprocal discovery; 12.) There will be no reference to fast and furious by any witness or counsel except for the limited voir dire question the court will ask the prospective jurors.

Discussed proposed jury instructions. Mr. Leon offered a voluntary manslaughter instruction as a lesser included offense; government anticipates lodging an objection to that instruction dependent on whether the evidence introduced during trial will support a verdict on voluntary manslaughter.

**Court Reporter** Cindy Shearman        **PT Conf. 1hr 21min**

**Deputy Clerk** Martha Hernandez

       **Start:  10:00 AM**

       **Stop:   11:21 AM**