**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** David C. Bury | **Date:** February 5, 2019 |
| **USA v. Heraclio Osorio-Arellanes** | **Case Number:** CR-11-00150-004-TUC-DCB (BPV) |

**Assistant U.S. Attorney:** Todd Wallace Robinson and David Leshner
**Attorney for Defendant:** Francisco Leon, CJA
**Interpreter:** Lucinda Bush and Hortecia Studer     **Language:** Spanish
**Defendant:**  ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ
         Restraint Level 3

**Court Reporter** Cindy Shearman
**Deputy Clerk** Martha Hernandez

## JURY SELECTION:

9:30 a.m. - Court, counsel and defendant present.

9:39 a.m. - Prospective jurors enter the courtroom; panel is sworn; voir dire commenced.

9:58 a.m. – Prospective jurors 1, 4, 6, 7, 8, 13, 14, 15, 16, 18, 19, 20, 21, 28, 29 and 31 raised their hand that they may have read, seen, or heard something about this case and/or operation fast n furious. Those prospective jurors are questioned individually as to that reference only. All other prospective jurors exit the courtroom.

**Brief recess taken:** 10:57 a.m. – 11:03 a.m.
Court, counsel and defendant present. Resume voir dire of those individual prospective jurors. Mr. Leon challenge of juror #13 is overruled. Mr. Leon makes a record of his objection.

11:22 a.m. - All prospective jurors return to the courtroom. Voir dire resumes.

**Lunch recess taken:** 12:00 p.m. - 1:15 p.m.
Court, counsel and defendant present.

Discussed Mr. Leon's proposed juror question. The Court denies proposed jury question for reasons stated on the record.

1:22 p.m. – Prospective jurors enter the courtroom. Voir dire resumes.

2:18 p.m. - Jury panel excused while counsels execute their strikes. Counsel stipulates to alternate strikes.

3:11 p.m. – Court, counsel and defendant present.

3:18 p.m.- Prospective jurors return to the courtroom.

| | |
|---|---|
| **USA v.** Heraclio Osorio-Arellanes | **Date:** February 5, 2019 |
| **Case Number:** CR-11-00150-004-TUC-DCB (BPV) | Page 2 of 2 |

3:21 p.m. - Trial jurors are seated, remaining jurors excused; trial jurors are sworn.

3:23 p.m. – Preliminary instructions by the Court.

3:45 p.m. – jury exit the courtroom. The Court reminds the jury of the admonition.

Proceedings recessed for the day at 3:47 p.m.
Jury trial continues to 2/6/2019 at 9:30 AM.

**Jury Trl 4 hrs 09 min**

**Start: 9:30 AM**
**Stop: 3:47 PM**