**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** David C. Bury | **Date:** February 6, 2019 |
| **USA v. Heraclio Osorio-Arellanes** | **Case Number:** CR-11-00150-004-TUC-DCB (BPV) |

**Assistant U.S. Attorney:**  Todd Wallace Robinson and David Leshner
**Attorney for Defendant:**   Francisco Leon, CJA
**Interpreter:** Lucinda Bush and Hortencia Studer     **Language:** Spanish
**Defendant:**  ☒ **Present**  ☐ **Not Present**  ☐ **Released**  ☒ **Custody**  ☐ **Summons**  ☐ **Writ**
    Restraint Level 3

**Court Reporter** Cindy Shearman
**Deputy Clerk** Martha Hernandez

**Proceeding:  Jury Trial – Day 1**

9:35 a.m. – Court, counsel, defendant and jury present.

**Opening Statements**
9:37 a.m. – Government opening statement – by Mr. Robinson
10:15 a.m. – Defendant opening statement – by Mr. Leon

**Mid-morning recess taken**: 10:30 a.m. - 10:42 a.m.
Court, counsel and defendant present; jury enters the courtroom.

**Government's Case in Chief /Following evidence entered, and witnesses examined**

10:45 a.m. – Witness: Jason Weatherby, seated and sworn; direct examine by Mr. Leshner.
Exhibits admitted: 100-A, 100-B, 100-D, 100-C, 754-775
With no objection by defense counsel the Court allows Mr. Leshner to proceed with witness testimony under Rule 702.
11:48 a.m. – Cross examine by Mr. Leon.

**Lunch recess taken:** 12:00 p.m. m- 1:15 p.m.
Court, counsel and defendant present; jury enters the courtroom. Mr. Leon resumes cross examine of the witness, Mr. Weatherby.
1:51 p.m. – Redirect; Exhibit 727 admitted.
1:59 p.m. – Witness steps down.

2:00 p.m. – Witness: Christopher Conner, seated and sworn; direct examine by Mr. Robinson.
Exhibits admitted: 1 and 200.

**Mid-afternoon recess taken**: 2:41 p.m. – 2:52 p.m.

| | |
|---|---|
| **USA v.** Heraclio Osorio-Arellanes | **Date:** February 6, 2019 |
| **Case Number:** CR-11-00150-004-TUC-DCB (BPV) | Page 2 of 2 |

Court, counsel and defendant present; jury enters the courtroom. Mr. Robinson resumes direct examine of the witness, Mr. Conner.
3:21 p.m. – Cross examine by Mr. Leon.
3:57 p.m. – Redirect.
4:04 p.m. – Witness steps down.

4:05 p.m. – Witness: William Castano, seated and sworn; direct examine by Mr. Robinson.

Proceedings recessed for the day at 4:26 p.m.
Jury trial continues to 2/7/2019 at 9:30 AM.

**Jury Trl 5hrs 36 min**

**Start: 9:35 AM**
**Stop: 4:26 PM**