UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **VERDICT** |
| ) | |
| Heraclio Osorio-Arellanes ) | CR 11-00150-TUC-DCB |
| ) | |
| Defendant. ) | |

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

FEB 1 2 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

WE THE JURY, FIND THE DEFENDANT, HERACLIO OSORIO-ARELLANES,

**COUNT ONE**
As charged in Count One of the Indictment, (First Degree Murder)

_____ Not Guilty

____X____ Guilty

**COUNT TWO**
As charged in Count Two of the Indictment, (Second Degree Murder)

_____ Not Guilty

____X____ Guilty

_____ Unable to Agree

If you find the Defendant "guilty" of "second degree murder", DO NOT complete the next portion of the verdict form as to Count 2. In other words, complete the next portion ONLY if you find the defendant "not guilty" of "second degree murder" or you are unable to decide.

------------------------------------------------

On the lesser-included offense of "voluntary manslaughter" we, the jury find the Defendant:

_____ Not Guilty

_____ Guilty

If you find the Defendant "guilty" of "voluntary manslaughter", DO NOT complete the next portion of the verdict form as to Count 2. In other words, complete the next portion ONLY if you find the defendant "not guilty" of "voluntary manslaughter".

---

On the lesser-included offense of "involuntary manslaughter": We, the jury find the Defendant:

_____ Not Guilty

_____ Guilty

## COUNT THREE

As charged in Count Three of the Indictment, (Conspiracy to Interfere with Commerce by Robbery)

_____ Not Guilty

\_\_\_X\_\_\_ Guilty

## COUNT FOUR

As charged in Count Four of the Indictment, (Attempted Interference with Commerce by Robbery)

_____ Not Guilty

\_\_\_X\_\_\_ Guilty



### COUNT FIVE

As charged in Count Five of the Indictment, (Assault on U.S. Border Patrol Agent Brian Terry)

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

### COUNT SIX

As charged in Count Six of the Indictment, (Assault on U.S. Border Patrol Agent William Castano)

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

### COUNT SEVEN

As charged in Count Seven of the Indictment, (Assault on U.S. Border Patrol Agent Gabriel Fragoza)

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

### COUNT EIGHT

As charged in Count Eight of the Indictment, (Assault on U.S. Border Patrol Agent Timothy Keller)

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty




## COUNT NINE

As charged in Count Nine of the Indictment, (Carrying a Firearm in Furtherance of a Crime of Violence)

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

\_\_\_#17_____          \_\_2/12/19_____
**Signature of Foreperson**          **Date**