```
                    FILED ✓        LODGED ___
                    RECEIVED ___   COPY ___

                    FEB 1 2 2019

                    CLERK US DISTRICT COURT
                    DISTRICT OF ARIZONA
                    BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 11-00150-04-TUC-DCB |
| Plaintiff, | **EXHIBIT RECEIPT** |
| vs. | |
| Heraclio Osorio-Arellanes | |
| Defendant. | |

The exhibits marked and/or admitted in the above entitled case are hereby returned to counsel/agents of record. Counsel/agents are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals.

Counsel are further directed to make the exhibits available for review by opposing counsel, as necessary, for appeal.

**Government's Returned Exhibits**: All admitted exhibits - (see exhibit list)

_____          Date: 2/12/19
**Signature**
Todd Robinson - AUSA
David Leshner - AUSA


**Defendant's Returned Exhibits**: A

_____          Date: 2/12/19
**Signature**
Francisco Leon, Esq.