Francisco León
**LAW OFFICE OF FRANCISCO LEÓN**
8987 E. Tanque Verde Rd.
Suite 309, PMB 432
Tucson, Arizona 85749-9610
Az. Bar: 006578
TEL 520-305-9170
TEL 520-465-3000
FAX 520-395-9495
azcrimlaw@gmail.com
Attorney for Osorio-Arellanes

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) 4:11-cr-00150-DCB-BPV |
| Plaintiff, | ) |
| vs. | ) **MOTION TO WITHDRAW AS COUNSEL** |
| **HERACLIO OSORIO-ARELLANES,** | ) ) ) |
| Defendant. | ) |

It is expected that excludable delay under 18 U.S.C. §3161 et seq. may occur because of this motion or from an order based thereon.

Attorney Francisco Leon, present counsel for defendant Heraclio Osorio-Arellanes, moves the Court to issue its order granting him leave to withdraw as counsel for Osorio-Arellanes and to appoint new counsel to represent Osorio-Arellanes.

1

This motion is made at the request of Heraclio Osorio-Arellanes who has expressed his discontent and dissatisfaction with counsel undersigned's advice and legal services. Osorio-Arellanes has sent an ex parte request to the Court for new counsel and the request was forwarded to undersigned counsel. Osorio-Arellanes has indicated to undersigned counsel he will not work further or cooperate with undersigned counsel in any further representation in this case. Osorio-Arellanes has expressed his belief that counsel undersigned is not providing competent legal advice or representation to Osorio-Arellanes.

Osorio-Arellanes has been tried before a jury and been convicted on all counts of the indictment. A Presentence Report has been completed and needs to be reviewed with Osorio-Arellanes in detail.

For all the forgoing reasons, this Court should set this matter for an ex parte hearing to determine whether counsel undersigned should be allowed to withdraw as counsel for Osorio-Arellanes and, if appropriate, appoint new counsel for Osorio-Arellanes.

**RESPECTFULLY SUBMITTED** on this 28th day of August.

**FRANCISCO LEÓN**
*s/Francisco León*
Francisco León

**CERTIFICATE OF SERVICE**

_X___ I hereby certify that on Wednesday, August 28, 2019, I electronically transmitted the attached document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Hon. David C. Bury
United States District Judge

Hon. Bernardo P. Velasco
United States Magistrate Judge

David D. Leshner
Todd W. Robinson
Assistant United States Attorneys

_X___ I hereby certify that on Wednesday, August 28, 2019, I served the attached document by U.S. Mail on the following, who is not a registered participant in the ECF system:

Heraclio Osorio
Reg. No. 99093-408

s/Francisco Leon